

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00058-CV

**IN RE** Shana L. **ROBINSON** and
ROBINSON-BARRETT INSURANCE SERVICES, LLC,
Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice
Adrian A. Spears II, Justice

Delivered and Filed: May 7, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On January 28, 2025, relators Shana Robinson and Robinson-Barrett Insurance Services, LLC filed a petition for writ of mandamus asking this Court to vacate a trial court order granting real-parties-in-interest's motion to disqualify George E. Hyde as counsel for relators. Relators filed an amended petition for writ of mandamus on March 3, 2025. This court requested a response, which was filed on April 14, 2025.

After considering the petition, the response, all exhibits attached thereto, and the mandamus record, the court has determined that relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024I05258, pending in the 57th Judicial District, Bexar County, Texas, the Honorable Rosie Alvarado presiding.